USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/28/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

GERSON CABRERA,

                Defendant.

No. 18-CR-230 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

     In light of Gerson Cabrera's continued participation in the Young Adult Opportunity Program, time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) to July 28, 2020.

SO ORDERED.

Dated:    January 28, 2020
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge