UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 7-28-20

UNITED STATES OF AMERICA,

v.

GERSON CABRERA,

               Defendant.

No. 18-CR-230 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of Gerson Cabrera's continued participation in the Young Adult Opportunity Program, time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) to January 28, 2021.

SO ORDERED.

Dated:    July 28, 2020
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge