```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :       NOLLE PROSEQUI

          -v.-                  :       18 Cr. 230 (RA)

GERSON CABRERA,                 :

          Defendant.            :

- - - - - - - - - - - - - - - - x
```

      1.    The filing of this nolle prosequi will dispose of this case with respect to GERSON CABRERA, the defendant.

      2.    On or about March 22, 2018, Indictment 18 Cr. 230 (GBD) was filed, charging GERSON CABRERA, the defendant, with (i) conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349; and (ii) bank fraud, in violation of Title 18, United States Code, Sections 1344, and 2.

      3.    On January 29, 2019, this case was assigned to Judge Ronnie Abrams.

      4.    Subsequently, GERSON CABRERA, the defendant, entered and successfully completed the Young Adult Opportunity Program, a pretrial diversion program administered by the Court. Based on his success in that program, the Government has concluded that further prosecution of CABRERA would not be in the interests of justice.

5. In light of the foregoing, I recommend that an order of nolle prosequi be filed as to GERSON CABRERA, the defendant, with respect to Indictment 18 Cr. 230.

                                                                Ryan B. Finkel  
                                                                Assistant United States Attorney  
                                                                (212) 637-6612

Dated:    New York, New York  
               August 14, 2020

2

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to GERSON CABRERA, the defendant, with respect to Indictment 18 Cr. 230.

_____
AUDREY STRAUSS
Acting United States Attorney
Southern District of New York

Dated:   New York, New York
         August 19, 2020


SO ORDERED:

_____
THE HONORABLE RONNIE ABRAMS
United States District Judge
Southern District of New York

Dated:   New York, New York
         August 20, 2020

3