**Donald D. duBoulay**             **305 Broadway, Suite 602**
  Attorney at Law                        New York, NY 10007

Telephone: (212) 966-3970
Fax:       (212) 941-7108
E-mail:   dondubesq@aol.com

September 7, 2020

The Honorable Ronnie Abrams
United States District Judge            Application granted.
Southern District of New York
Thurgood Marshall                 SO ORDERED.
United States Courthouse
40 Foley Square
New York, New York 10007

                                             _____
Re: United States v. Gerson Cabrera     Ronnie Abrams, U.S.D.J.
     18 Cr. 230 (RA)                      September 8, 2020

Dear Judge Abrams:

      I write on behalf of Gerson Cabrera the defendant in the above referenced matter, to respectfully request that the Court So Order Pre-trial services to return Mr. Cabrera's passport, as this matter has been concluded.

                                                 Respectfully submitted,
                                                         /s/

                                                 Donald duBoulay

cc: Ryan B. Finkel, AUSA
    Rena Bolin, PTO